UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60619-CIV-DIMITROULEAS

CHARLOTTE E. NICHOLAS,

Magistrate Judge Snow

     Plaintiff,

vs.

AEGIS RECEIVABLES MANAGEMENT, INC.,

     Defendant.

_____/

## ORDER APPROVING STIPULATION OF DISMISSAL

THIS CAUSE is before the Court upon the Joint Stipulation for Dismissal with Prejudice [DE-20], filed herein on October 6, 2010.  The Court has carefully considered the Joint Stipulation and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Joint Stipulation for Dismissal with Prejudice [DE-20] is hereby **APPROVED**;

2.    This action is hereby **DISMISSED with prejudice**, with each party to bear its own attorney's fees and cost except as otherwise agreed by the parties;

3.    The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 7th day of October, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record